CHRISTIANA C. ALTHAUS, Respondent, *v.* THOMAS R. SHARP, as Receiver, etc., Appellant.

(Argued June 16, 1884; decided June 24, 1884.)

*E. B. Hinsdale* for appellant.

*G. W. Cotterill* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.